Frances Merle Long White, Administratrix, With Will Attached of Estate of Carl Murray White, Deceased, Appellee, v. Chaney L. Parish, Appellant.

Gen. No. 40,707.

opinion filed November 27, 1939. Charles E. Loy, for appellant; Donald J. Seeley, for appellee. Opinion by Mr. PRESIDING JUSTICE MATCHETT. "Not to be published in full."

Daniel F. Lyons, Respondent, v. Charles Haumiller, Petitioner.

Gen. No. 40,798.

opinion filed November 27, 1939. Healy, Beverly & Funk, for petitioner; Irving G. Zazove, for respondent. Opinion by Mr. PRESIDING JUSTICE MATCHETT. "Not to be published in full."